JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Advance Stores Company, Inc. d/b/a*
*Advance Auto Parts*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY BROWN,<br><br>               Plaintiff,<br><br>      v.<br><br>ADVANCE STORES COMPANY, INC. d/b/a ADVANCE AUTO PARTS; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 2:23-cv-1653-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff GREGORY BROWN ("Plaintiff"), by and through his counsel, Rafii & Associates, P.C., and Defendant ADVANCE STORES COMPANY, INC. d/b/a ADVANCE AUTO PARTS ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Robert Montes* | */s/ Joshua A. Sliker* |
| ROBERT MONTES, ESQ. | JOSHUA A. SLIKER, ESQ. |
| *Admitted pro hac vice* | Nevada Bar No. 12493 |
| JASON KULLER, ESQ. | THOMAS W. MARONEY, ESQ. |
| Nevada Bar No. 12244 | Nevada Bar No. 13913 |
| 1120 N. Town Center Dr., Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Gregory Brown* | *Attorneys for Defendant Advance Stores Company, Inc. d/b/a Advance Auto Parts* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 25, 2024